**Entered on Docket
January 30, 2012**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: January 27, 2012**

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

THE ESTLE LAW FIRM
Mark D. Estle, Esq.
(CA Bar No. 135004)
12520 High Bluff Drive
Suite 265
San Diego, CA 92129
Phone (858) 720-0890
Fax (858) 720-0092

Attorney for Movant
ONEWEST BANK, FSB AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF THE INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H1

## United States Bankruptcy Court

## Northern District of California

## Oakland Division

| | |
|---|---|
| In re:<br><br>CYNTHIA L. HALL,<br><br>Debtor (s). | Case No. 11-73005-EDJ<br>Chapter 13<br><br>ORDER APPROVING STIPULATION ON DEBTOR'S MOTION TO VALUE SECURED CLAIM AND TO AVOID LIEN OF ONEWEST BANK, FSB |

Pursuant to the Stipulation of the parties filed on January 24, 2012, as document #12 and, GOOD CAUSE APPEARING, the Stipulation is approved and hereby made an Order of the Court.

\* \* END OF ORDER \* \*

COURT SERVICE LIST

  Cynthia L Hall                           Debtor
  22530 Third Street #306
  Hayward, CA 94541

  Nathan David Borris                      Attorney for
  Law Offices of Nathan D. Borris          Debtors
  21550 Foothill Blvd, 2nd Fl
  Hayward, CA 94541

  Martha G. Bronitsky                      Trustee
  P.O. Box 5004
  Hayward, CA 94540-5004

  Office of the U.S. Trustee/Oak           U.S. Trustee
  Office of the U.S. Trustee
  1301 Clay St. #690N
  Oakland, CA 94612


  Mark D. Estle, Esq.                      Attorney for
                                           Movant
  The Estle Law Firm

  12520 High Bluff Drive, Suite 265

  San Diego, CA 92130

- 2 -

Case 11-73005   Doc# 14   Filed: 01/27/12   Entered: 01/30/12 14:13:46   Page 2 of 2